**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

### THE STATE OF SOUTH CAROLINA
### In The Supreme Court

Travis Montre Smith, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2013-001696

―――――――――

## ON WRIT OF CERTIORARI

―――――――――

Appeal from Spartanburg County
The Honorable J. Mark Hayes, II, Circuit Court Judge

―――――――――

Opinion No. 2015-MO-066
Submitted October 15, 2015 – Filed November 18, 2015

―――――――――

## CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED

―――――――――

Appellate Defender Kathrine H. Hudgins, of Columbia, for Petitioner.

Attorney General Alan M. Wilson and Senior Assistant Deputy Attorney General Karen C. Ratigan, both of Columbia, for Respondent.

---

**PER CURIAM:** We granted certiorari to review the dismissal of Travis Montre Smith's application for post-conviction relief. We now dismiss the writ as improvidently granted.

### DISMISSED AS IMPROVIDENTLY GRANTED

**TOAL, C.J., BEATTY, KITTREDGE and HEARN, JJ., concur. PLEICONES, J., not participating.**